UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND SURGICAL CENTER, P.S.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C17-1190JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |

Before the court is Defendants Bank of America Health Care Plan, Nordstrom, Inc. Class Plan, Starbucks Health Care Plan, and Costco Wholesale Health Plan's (collectively, "Defendants") motion for an extension of time to respond to Plaintiff Puget Sound Surgical Center, P.S.'s complaint until 21 days after the last defendant is served. (Mot. (Dkt. # 13).) Plaintiff filed a response stating that it does not object to Defendants' motion. (Resp. (Dkt. # 19).) Accordingly, the court GRANTS Defendants' motion (Dkt. # 13) and extends the time to file an answer, motion, or other responsive pleading under

Federal Rule of Civil Procedure 12 to 21 days after service of the last defendant named in this proceeding.

Dated this 30th day of October, 2017.

JAMES L. ROBART
United States District Judge