Case 2:17-cv-01190-JLR   Document 53-2   Filed 12/08/17   Page 1 of 3

HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND SURGICAL CENTER, P.S., <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, AETNA, INC., AMTRAK HEALTH CARE PLAN, ANCHORAGE SCHOOL DISTRICT ACTIVE EMPLOYEE OPEN CHOICE PPO MEDICAL PLAN, BECHTEL JACOBS COMPANY LLC HEALTH AND WELFARE PLAN, STATE OF ALASKA ALASKACARE EMPLOYEE HEALTH PLAN, BANK OF AMERICA HEALTH CARE PLAN, NORDSTROM, INC. CLASSIC PLAN, STARBUCKS HEALTH CARE PLAN, COSTCO WHOLESALE HEALTH PLAN, SOUND HEALTH AND WELLNESS TRUST PLAN, WESTCO HEALTH PLAN, LOCKHEED MARTIN CORPORATION TOTAL HEALTH PLAN, and ADOBE SYSTEMS, INC. GROUP WELFARE PLAN, <br><br> Defendants. | NO. 2:17-CV-01190 JLR <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO FILE SUR-REPLY TO ANCHORAGE SCHOOL DISTRICT ACTIVE EMPLOYEE OPEN CHOICE PPO MEDICAL PLAN'S MOTION TO DISMISS** <br><br> [PROPOSED] <br><br> NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 8, 2017 |



[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE SUR-REPLY
(2:17-cv-01190 JLR) - 1

AXELROD LLP
830 Third Avenue, 5th Floor
New York, NY 10022
(646) 448-5263

Plaintiff Puget Sound Surgical Center P.S. filed an Unopposed Motion seeking leave to file a Sur-Reply in response to the Motion to Dismiss filed by defendant Anchorage School District Active Employee Open Choice PPO Medical Plan ("Anchorage"). (Dkt. # 27).

Plaintiff's Motion is GRANTED. Plaintiff may file a Sur-Reply in opposition to the Anchorage Motion to Dismiss.

DATED this 11th day of Dec., 2017.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented By:*

/s/ Robert J. Axelrod
Robert J. Axelrod
*Admitted Pro Hac Vice*
AXELROD LLP
830 Third Avenue, 5th floor
New York, NY 10022
(646) 448-5263
rjaxelrod@axelrodllp.com

/s/ D.K. Yoshida, WBA # 17365
YOSHIDA LAW FIRM, PLLC
2025 First Avenue, Suite 1200
Seattle, WA 98121
(206) 456-7900
dyoshida@yoshidalawfirm.com

Attorneys for Plaintiff Puget Sound Surgical Center P.S.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE SUR-REPLY
(2:17-cv-01190 JLR) - 2

AXELROD LLP
830 Third Avenue, 5th Floor
New York, NY 10022
(646) 448-5263

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties will be served in accordance with the Federal Rules of Civil Procedure.

DATED this 8th day of December, 2017.

                                  *s/ D.K. Yoshida*
                                  D.K. Yoshida   [WSBA NO. 17365]

                                  YOSHIDA LAW FIRM PLLC
                                  2025 First Avenue, Suite 1200
                                  Seattle, WA  98121
                                  (206) 456-7900
                                  dyoshida@yoshidalawfirm.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE SUR-REPLY
(2:17-cv-01190 JLR) - 3

AXELROD LLP
830 Third Avenue, 5th Floor
New York, NY  10022
(646) 448-5263