HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12

PUGET SOUND SURGICAL CENTER P.S,  )
                                  )
                Plaintiff,        )
                                  )
        v.                        )
                                  )
AETNA LIFE INSURANCE COMPANY,     )
AETNA, INC., AMTRAK HEALTH CARE   )
PLAN, ANCHORAGE SCHOOL DISTRICT   )
ACTIVE EMPLOYEE OPEN CHOICE PPO   )
MEDICAL PLAN, BECHTEL JACOBS      )
COMPANY LLC HEALTH AND WELFARE    )
PLAN, STATE OF ALASKA             )
ALASKACARE EMPLOYEE HEALTH        )
PLAN, BANK OF AMERICA HEALTH      )
CARE PLAN, NORDSTROM, INC.        )
CLASSIC PLAN, STARBUCKS HEALTH    )
CARE PLAN, COSTCO WHOLESALE       )
HEALTH PLAN, SOUND HEALTH AND     )
WELLNESS TRUST PLAN, WESTCO       )
HEALTH PLAN, LOCKHEED MARTIN      )
CORPORATION TOTAL HEALTH PLAN,    )
and ADOBE SYSTEMS, INC. GROUP     )
WELFARE PLAN,                     )
                                  )
                Defendants.       )
                                  )

Case No. 2:17-cv-01190-JLR

NOTE FOR MOTION CALENDAR:
MONDAY, DECEMBER 18, 2017

STIPULATED MOTION BETWEEN
PLAINTIFF PUGET SOUND
SURGICAL CENTER P.S. AND
DEFENDANT SOUND HEALTH AND
WELLNESS TRUST PLAN TO
EXTEND TIME TO FILE A
RESPONSIVE PLEADING

AND ORDER   JLR

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION - 1
Case No. 2:17-cv-01190-JLR

JENSEN MORSE BAKER PLLC
216 FIRST AVENUE SOUTH, SUITE 204
SEATTLE, WA 98104
PHONE: 206.682.1550

1

## I. STIPULATION

2        Defendant SOUND HEALTH AND WELLNESS TRUST PLAN ("Sound Health") and

3   Plaintiff PUGET SOUND SURGICAL CENTER P.S. ("Plaintiff"), hereby stipulate and jointly

4   move the Court pursuant to Local Civil Rule 10(g) for an Order granting Sound Health the same

5   time to file an answer, motion, or other responsive pleading under Federal Rule of Civil

6   Procedure 12 that the Court provided to certain defendants in its October 30, 2017 Order

7   Granting Defendants' Motion to Extend Time to File a Responsive Pleading (Docket No. 25).

8   Defendant Sound Health has good cause to request this extension pursuant to LCR 10(g) and

9   Federal Rule of Civil Procedure 6(b) to:  (i) permit Sound Health to coordinate with the other

10  defendants who have similar interests in filing responsive pleadings; and (ii) avoid duplicative

11  filings.  Plaintiff will not suffer any prejudice from this request and has agreed to the extension.

12       DATED this 18th day of December, 2017.

13  YOSHIDA LAW FIRM, PLLC                    JENSEN MORSE BAKER PLLC

14

15  By /s/ D.K. Yoshida                        By /s/ Steven D. Jensen
        D.K. Yoshida, WSBA No. 17365              Steven D. Jensen, WSBA No. 26495
        2025 First Avenue, Suite 1200             216 First Avenue South, Suite 204
16      Seattle, WA 98121                         Seattle, WA 98104
        206-4576-7000                             206-682-1644
17      dyoshida@yoshidalawfirm.com               steve.jensen@jmblawyers.com

18                                             By /s/ Sarah Swale
    AXELROD LLP                                    Sarah Swale, WSBA No. 29626
19                                                 216 First Avenue South, Suite 204
                                                   Seattle, WA 98104
20  By /s/ Robert J. Axelrod                       206-682-1626
        Robert J. Axelrod, *Admitted Pro Hac Vice*    sarah.swale@jmblawyers.com
21      830 Third Avenue, 5th Floor
        New York, NY 10022
22      rjaxelrod@axelrodllp.com                SEYFARTH SHAW LLP

23  Attorneys for Plaintiff Puget Sound Surgical
    Center P.S.                                By /s/ Eric McDonough
24                                                 Eric McDonough, *Admitted Pro Hac Vice*
                                                   2029 Century Park East, Suite 3500
25                                                 Los Angeles, CA 90067-3021
                                                   EMcDonough@seyfarth.com
26
                                               Attorneys for Defendant Sound Health and
27                                             Wellness Trust Plan

28
    STIPULATED MOTION - 2

1

## II. ORDER

2      Based on the Stipulation of Defendant SOUND HEALTH AND WELLNESS TRUST PLAN

3  ("Sound Health") and Plaintiff PUGET SOUND SURGICAL CENTER P.S. ("Plaintiff"), the

4  Court hereby extends the time for Sound Health to file an answer, motion, or other responsive

5  pleading under Federal Rule of Civil Procedure 12 to 21 days after service of the last defendant

6  named in this proceeding.

7      IT IS SO ORDERED this 19 day of _____December_____, 2017.

8

9

10     THE HONORABLE JAMES L. ROBART
       UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION - 3
Case No. 2:17-cv-01190-JLR

JENSEN MORSE BAKER PLLC
216 FIRST AVENUE SOUTH, SUITE 204
SEATTLE, WA 98104
PHONE: 206.682.1550

1

2

3                            **CERTIFICATE OF SERVICE**

4          Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the

5    laws of the State of Washington, that on the 18th day of December, 2017, the document attached

6    hereto was delivered to the below counsel in the manner indicated.

7

8    Robert J. Axelrod                    ☑  by CM/ECF
9    Axelrod LLP                          ☐  by Electronic Mail
     830 Third Avenue                     ☐  by Facsimile Transmission
10   5th Floor                            ☐  by First Class Mail
     New York, NY  10022                  ☐  by Hand Delivery
11   rjaxelrod@axelrodllp.com             ☐  by Overnight Delivery

12   D K Yoshida
     Yoshida Law Firm PLLC
13   2025 First Avenue
     Suite 1200
14   Seattle, WA  98121
     dyoshida@yoshidalawfirm.com
15
     Sarah N. Turner
16   Brittany F. Stevens
     Gordon Rees
17   701 Fifth Avenue, Suite 2100
     Seattle, WA 98104
18   sturner@grsm.com
     bstevens@gordonrees.com
19
     Courtney B. Glaser
20   John B. Shely
     Andrews Kurth Kenyon LLP
21   600 Travis Street, Suite 4200
     Houston, TX  77002
22   cglaser@andrewskurth.com
     jshely@andrewskurth.com
23

24   Gregory S. Fisher
     Kristal Leonard
25   Davis Wright Tremaine
     188 W. Northern Lights Blvd., Suite 1100
26   Anchorage, AK  99503
     gregoryfisher@dwt.com
27   kristalleonard@dwt.com

28
     STIPULATED MOTION - 4                        JENSEN MORSE BAKER PLLC
     Case No. 2:17-cv-01190-JLR              216 FIRST AVENUE SOUTH, SUITE 204
                                                    SEATTLE, WA 98104
                                                  PHONE: 206.682.1550

1

2   Angela R. Vogel
    Davis Wright Tremaine
3   777 108th Ave. N.E., Suite 2300
    Bellevue, WA  98004-5149
4   angelavogel@dwt.com

5
    Matthew Gregory Kleiner
6   Gordon Rees
    101 West Broadway, Suite 2000
7   San Diego, CA  92101
    mkleiner@grsm.com
8

9          DATED this 18th day of December, 2017.

10

11                              By /s/ Sarah E. Swale
                                    Sarah E. Swale

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION - 5
Case No. 2:17-cv-01190-JLR