7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

PUGET SOUND SURGICAL
CENTER, PS,

CASE NO. C17-1190JLR

11

Plaintiff,

12

v.

ORDER DENYING THE
PARTIES' STIPULATED
PROTECTIVE ORDER
WITHOUT PREJUDICE

13

AETNA LIFE INSURANCE
COMPANY, et al.,

14

15

Defendants.

16

Before the court is the parties' proposed stipulated protective order.   (*See* Stip.

17

(Dkt. # 63).)  The court declines to enter the parties' stipulation as an order because they

18

failed to comply with Local Civil Rule 26(c)(2).  *See* Local Rules W.D. Wash. LCR

19

26(c)(2).  Pursuant to this rule, "[p]arties are encouraged to use this district's model

20

protective order, available on the court's website."  *Id*.  "Parties that wish to depart from

21

the model order must provide the court with a redlined version identifying departures

22

from the model."  *Id*.  Here, the parties appear to utilize the court's model protective

1   order but depart from it in certain respects.  (*See* Stip.)  Despite their departure from the

2   model, the parties fail to provide the court with a redlined version as required under Local

3   Civil Rule 26(c)(2).  (*See generally* Dkt.)  Accordingly, the court DENIES the parties'

4   stipulated motion (Dkt. # 63) but without prejudice to re-filing in a manner that comports

5   with Local Civil Rule 26(c)(2).

6        Dated this 28th day of March, 2018.

7

8   _____

9   JAMES L. ROBART
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22