1

HONORABLE JAMES L. ROBART

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

PUGET SOUND SURGICAL CENTER, P.S.,

10

Plaintiff,

11

v.

12

AETNA LIFE INSURANCE COMPANY,

13

*et al.,*

14

Defendants.

NO.  2:17-CV-01190 JLR   [AND ORDER] (JLR

**STIPULATED JOINT MOTION TO
SET BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR:
MONDAY, JUNE 18, 2018

15

16

Plaintiff Puget Sound Surgical Center PS ("Puget Sound"), and the moving Defendants

17

hereby file this Stipulated Joint Motion to Set a Briefing Schedule for the remaining defendants to

18

respond to the Complaint.

19

On June 5, 2018, Puget Sound filed Plaintiff's Status Report, advising the Court that it has

20

finalized the service of process in this matter. (Dct. # 67). The Court granted a motion to extend

21

the defendants'[1] time to file an answer, motion, or other responsive motion under Fed. R. Civ. P.

22

23

[1] Except for Defendant Anchorage School District Active Employee Open Choice PPO Medical Plan,
which was dismissed, and Wesco.

24

STIPULATED JOINT MOTION TO SET
BRIEFING SCHEDULE (2:17-cv-01190 JLR) - 1

**AXELROD LLP**
830 Third Avenue, 5th Floor
New York, NY  10022
(646) 448-5263

1   12 to 21 days after service of the last defendant named in this proceeding. (Dct. # 25.) The Court

2   So Ordered this extension of time with respect to Defendant Sound Health and Wellness Trust

3   Plan on December 19, 2017. (Dct. # 59).

4   The Parties have discussed a briefing schedule for Defendants' anticipated responses to

5   the complaint, including motions to dismiss, and have agreed to the following:

6
7   1.  Defendants shall have 30 days from the date of the filing of Plaintiff's Status Report
    (6-5-18) to answer, respond, or move with respect to the Complaint.

8   2.  If any Defendant moves to dismiss, Plaintiff shall have 30 days to file to file a brief in
9    opposition.

10   3.  If any Defendant moves to dismiss, Defendant shall have 15 days from the filing of
    the opposition brief to file a reply brief.

11
   DATED:   June 18, 2018

12
          /s/ Robert J. Axelrod
13          Robert J. Axelrod
          *Admitted Pro Hac Vice*
14          AXELROD LLP
          830 Third Avenue, 5th floor
15          New York, NY 10022
          (646) 448-5263
16          rjaxelrod@axelrodllp.com

17          /s/ D.K. Yoshida, WBA # 17365
          YOSHIDA LAW FIRM, PLLC
18          2025 First Avenue, Suite 1200
          Seattle, WA 98121
19          (206) 456-7900
          dyoshida@yoshidalawfirm.com
20

21

22

23

24

STIPULATED JOINT MOTION TO SET      **AXELROD LLP**
BRIEFING SCHEDULE (2:17-cv-01190 JLR) - 2   830 Third Avenue, 5th Floor
             New York, NY  10022
             (646) 448-5263

| | |
|---|---|
| 1 | Richard J. Burke |
| | QUANTUM LEGAL LLC |
| 2 | 1010 Market Street, Suite 1310 |
| | St. Louis, MO 63101 |
| 3 | (847) 433-4500 |
| 4 | **Attorneys for Plaintiff Puget Sound** |
| 5 | **Surgical Center P.S.** |
| 6 | DATED: June 18, 2018           /s/ Eric McDonough |
| | Eric McDonough |
| 7 | *Pro Hac Vice* |
| | SEYFARTH SHAW LLP |
| 8 | 2029 Century Park East, Suite 3500 |
| | Los Angeles, CA 90067-3021 |
| 9 | 310-201-5200 |
| | emcdonough@seyfarth.com |
| 10 | |
| 11 | DATED: June 18, 2018           /s/ Steven Douglas Jensen |
| | Steven Douglas Jensen |
| 12 | Sarah E. Swale |
| | JENSEN MORSE BAKER |
| 13 | 216 First Ave S., Ste 204 |
| | Seattle, WA 98104 |
| 14 | 206-682-1550 |
| | sarah.swale@jmblawyers.com |
| 15 | steve.jensen@jmblawyers.com |
| 16 | **Attorneys for Defendant** |
| 17 | **Sound Health & Wellness Trust Plan** |
| 18 | DATED: June 18, 2018           */s/ Matthew G. Kleiner* |
| | Matthew G. Kleiner, *Pro Hac Vice* |
| 19 | GORDON REES SCULLY |
| | MANSUKHANI, LLP |
| 20 | 101 W. Broadway, Ste. 2000 |
| | San Diego, CA 92101 |
| 21 | 619-230-7419 |
| | mkleiner@grsm.com |
| 22 | |
| | DATED: June 18, 2018           */s/ Sarah N. Turner* |
| 23 | Sarah N. Turner, WSBA #37748 |
| | 701 Fifth Avenue, Suite 2100 |
| 24 | |

STIPULATED JOINT MOTION TO SET
BRIEFING SCHEDULE (2:17-cv-01190 JLR) - 3

**AXELROD LLP**
830 Third Avenue, 5th Floor
New York, NY  10022
(646) 448-5263

1
2

Seattle, WA 98104
206-695-5100
sturner@grsm.com

3

DATED: June 18, 2018

4
5
6
7

*/s/ Courtney Glaser*
John Shely, *Pro Hac Vice*
Courtney Glaser, *Pro Hac Vice*
ANDREWS KURTH KENYON
600 Travis Street, Ste. 4200
Houston, TX 77002
713-220-4123
jshely@andrewskurth.com
cglaser@andrewskurth.com

8
9
10
11
12

**Attorneys for Defendants**
**Aetna Life Insurance Company; Aet-**
**na, Inc.; Bank of America Health Care**
**Plan; Amtrak Health Care Plan;**
**America Health Care Plan;**
**Nordstrom, Inc. Classic Plan; Star-**
**bucks Health Care Plan; Costco**
**Wholesale Health Plan**

13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED JOINT MOTION TO SET
BRIEFING SCHEDULE (2:17-cv-01190 JLR) - 4

**AXELROD LLP**
830 Third Avenue, 5th Floor
New York, NY  10022
(646) 448-5263

1    IT IS SO ORDERED:

2
     DATED:  19 June 2018
3

4                                                        _____
                                                         HONORABLE JAMES L. ROBART
5                                                        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED JOINT MOTION TO SET                          **AXELROD LLP**
BRIEFING SCHEDULE (2:17-cv-01190 JLR) - 5               830 Third Avenue, 5th Floor
                                                        New York, NY  10022
                                                        (646) 448-5263

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of

3      the Court using the CM/ECF system which will send notification of such filing to those attorneys

4      of record registered on the CM/ECF system. All other parties will be served in accordance with

5      the Federal Rules of Civil Procedure.

6            DATED this 18th day of June, 2018.

7

8                              *s/ D.K. Yoshida*
                             D.K. Yoshida    [WSBA NO. 17365]

9

10                            YOSHIDA LAW FIRM PLLC
                            2025 First Avenue, Suite 1200
                            Seattle, WA  98121

11                            (206) 456-7900
                            dyoshida@yoshidalawfirm.com

12

13

14

15

16

17

18

19

20

21

22

23

24

**AXELROD LLP**
830 Third Avenue, 5th Floor
New York, NY  10022
(646) 448-5263