Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUND SURGICAL CENTER P.S.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, AETNA, INC., AMTRAK HEALTH CARE PLAN, ANCHORAGE SCHOOL DISTRICT ACTIVE EMPLOYEE OPEN CHOICE PPO MEDICAL PLAN, BECHTEL JACOBS COMPANY LLC HEALTH AND WELFARE PLAN, STATE OF ALASKA ALASKACARE EMPLOYEE HEALTH PLAN, BANK OF AMERICA HEALTH CARE PLAN, NORDSTROM, INC. CLASSIC PLAN, STARBUCKS HEALTH CARE PLAN, COSTCO WHOLESALE HEALTH PLAN, SOUND HEALTH AND WELLNESS TRUST PLAN, WESTCO HEALTH PLAN, LOCKHEED MARTIN CORPORATION TOTAL HEALTH PLAN, and ADOBE SYSTEMS, INC. GROUP WELFARE PLAN<br><br>Defendant. | No. 2:17-cv-01190<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE**<br><br>NOTED ON MOTION CALENDAR:<br><br>August 7, 2018 |

## I. STIPULATION

The parties to this action, by and through their undersigned counsel of record, hereby jointly request an extension of the case schedule and trial date by six months. The parties have

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 1
Case No. No. 2:17-cv-01190

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

good cause due to exceptional circumstances to request relief from the current case schedule and trial deadline as set forth below:

1. Plaintiff Puget Sound Surgical Center filed this action against Aetna Life Insurance Company and twelve named health plans on August 7, 2017. Plaintiff's Complaint seeks additional payment for medical services rendered in connection with bariatric weight loss surgery, among other procedures. (Dkt. 1.)

2. On December 12, 2017, the Court issued a Minute Order Setting Trial Dates and Related Dates (Dkt. 57) (hereinafter "Minute Order"). Pursuant to the Court's December 12, 2017 Minute Order, trial is currently set for **March 18, 2019**.

3. Due to the large number of parties and to promote efficiency and avoid piecemeal filings, the parties agreed that the responsive pleadings would be filed 21 days after service of all of the defendants in this case. (Dkt. 25.) Plaintiff had difficulty serving Wesco Health Plan and ultimately was not able to effectuate service.

4. During a period of months prior to 2018, Puget Sound underwent two separate management changes. During the first such management change, Puget Sound's outside counsel was unable to communicate effectively with his client and could not produce the documents Puget Sound did until the second management change. Declaration of Robert J. Axelrod in Support of Motion to Continue Trial Date and Amend Case Schedule.

5. Beginning on March 27, 2018 and continuing through May 2, 2018, pursuant to the Joint Status Report and Discovery Plan (Dkt. 44), Plaintiff produced claim spreadsheets and documents (CMS-1500 and Explanation of Benefit forms) identifying the underlying claims for health benefits at issue in this matter. The materials produced by Plaintiff identify 688 underlying claims at issue involving 65 different health plans, some of which were not identified in the complaint. Plaintiff produced 1,165 pages of documents. More specifically:

- On March 27, 2018, Plaintiff identified claims involving the Sound Health and Wellness plan;

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph: 206-695-5100
Fax: 206-689-2822

- on April 5, 2018, Plaintiff identified additional claims involving the Starbucks Corporation, Costco, Concord Transportation, Inc., Adobe, 24 Hours Nurseline, AHI Insurance, AlaskaCare, Amtrak, Anthony A. Santorsola DDS, and Bechtel plans;
- on April 12, 2018, Plaintiff identified additional claims involving the 1 Source, 24 Hours Nurseline, Concord Transportation, Inc., Adobe, Anchorage School District, AHI Insurance, AlaskaCare, Avaya, Inc., Anthony A. Santorsola DDS, Daymond Worldwide, Inc., Girl Scouts of Alaska, Senior Operations LLC, State of Alaska, United Parcel Service, Wesco, ASEA AFSME Local 52 Health Benefits, Accenture LLP, Amgen Preferred Choice, Employee Painters Choice, and Icon Clinical Research, Inc;
- on April 17, 2018, Plaintiff identified additional claims involving the Allstate Medical Savings, Builders Exchange of Washington, Inc., Carpenter Trust & Security, Columbia Athletic Clubs, Corstone Contractors LLC, E Line Ventures LLC, Royal Life Centers LLC, Seattle Arc Plumbing & Pipefitting, Spectralux Corporation, Symphony Teleca Services, and Viant Network plans;
- on April 27, 2018, Plaintiff identified claims involving the City of Seattle, Fairbanks North Star Borough School District, LDM Worldwide Corporation, MHBP, Navigator Group, Inc., Nordstrom Classic Plan, Nordstrom, Inc., Northwest School for Hearing Impaired Children, and Nexious Solutions plans;
- on May 2, 2018, Plaintiff identified claims involving the Quest Diagnostics, Docusign, Inc., Bank of America, UPS Health Savings, Roks America Inc. Insurance, Northwest Insulation Workers Welfare Trust, and MCA plans; and

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 3
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

- on June 4, 2018, Plaintiff's counsel advised Defense counsel that Plaintiff had completed its document production and disclosure of the underlying claims at issue.

6. Upon receipt of Plaintiff's claim spreadsheets, Aetna promptly began the process of gathering the applicable health benefit plan documents and claim file materials for the 688 underlying claims at issue in this action.

7. On June 5, 2018, Plaintiff filed a Status Report stating that it had finalized the service of process in this matter. (Dkt. 67.)

8. On June 19, 2018, the Court granted a Stipulated Joint Motion to Set Briefing Schedule. Pursuant to the Court's June 19, 2018 Order, Defendants' deadline to answer, respond, or move with respect to the Complaint was July 5, 2018. (Dkt. 69.) The Sound Health and Wellness Plan filed a motion to dismiss the complaint on July 5, 2018 and the remaining defendants which had been served filed an answer on the same day. (Dkt. 71.) The motion to dismiss is currently being briefed.

9. Aetna is still in the process of gathering the applicable health benefit plan documents and claim file materials for the 688 underlying claims at issue in this action. Declaration of Lisa Adinolfi in Support of Stipulated Motion to Continue Trial Date and Amend Case Schedule, ¶ 3. Due to the extremely large number of underlying claims, Aetna estimates that this document-gathering process will take an additional three to four months, and will not be complete until October 2018. *Id.* The document gathering process is labor intensive and time consuming. Aetna estimates the time required to identify and gather the applicable documents for each claim to be, on average, 10 to 20 minutes. *Id.* This means it will take between 6,688 minutes (approximately 112 employee hours) and 13,376 minutes (approximately 224 employee hours) to collect the claim documents. *Id.* Aetna anticipates the claim documents for the 688 claims at issue will total tens of thousands of pages. *Id.*

10. The claim documents are likely to include HIPAA-protected data of patients who are not parties to this action and who lack any connection to the claims at issue. Thus,

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 4
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

after the documents have been compiled, Aetna must redact the files to safeguard those patients' HIPAA-protected data. *Id.*, ¶ 4. Aetna estimates the process of identifying and redacting HIPAA-protected information will take an additional 10 to 20 minutes for each underlying claim. *Id.* This means that it will take another 112-224 employee hours to make sure that Aetna has removed from the documents all of the private information and personal health information of individuals who have no connection to this lawsuit.

11. Once the applicable claim documents have been compiled and redacted, Aetna's counsel will need to review the documentation and prepare it for production to Plaintiff. Declaration of Matthew G. Kleiner in Support of Stipulated Motion to Continue Trial Date and Amend Case Schedule, ¶ 2. This necessarily includes review for relevance and privilege. Depending on the number of documents collected by Aetna, this process is anticipated to take between 2-3 weeks. *Id.*

12. In addition, defense counsel John Shely and Courtney Glaser of Hunton Andrews Kurth currently have multiple trial settings in May and June 2019, which, if remain unchanged, would preclude them from attending trial in this matter during those months. *Id.*, ¶ 3.

13. The Parties hereby stipulate and jointly request that this Court enter an Order continuing the trial date currently set for March 18, 2019 by six months days to **September 16, 2019**, or a date thereafter convenient to the Court, and amending the case schedule set forth in the Court's December 12, 2017 Minute Order to continue certain related pre-trial deadlines by six months in accordance with the new trial date.

14. Under these unique circumstances, where a large number of claims and plans are at issue that need to be located, reviewed, processed, and produced to Plaintiff (including dozens of plans and hundreds of claims not referenced in the Complaint), and where the parties need to have sufficient time to review the documents, good cause exists for the parties' request. The parties have made this request in a timely manner as the response to the Complaint was not due until July 5, 2018. Under the current case schedule, there is then a

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 5
Case No. No. 2:17-cv-01190

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

1 relatively short period of time between July 5, 2018, and the disclosure of expert testimony on September 19, 2018, and motions related to discovery to be filed no later than October 19, 2018. (Dkt. 57). While Aetna is diligently gathering and processing the documents, Aetna estimates that the gathering of all the necessary documents will not be completed until October 2018. Based on this timeline, the parties will not be able to timely designate experts, file discovery motions, or complete discovery by the current deadlines. (Dkt. 69.)

15. For the foregoing reasons, the parties respectfully move the Court for an Order continuing the trial in this matter by six months to September 16, 2019, or a date thereafter convenient to the Court, and amending the case schedule to continue the related pre-trial deadlines by six months in accordance with the new trial date.

Respectfully submitted this 7th day of August, 2018.

AXELROD LLP

By /s/ Robert J. Axelrod
Robert J. Axelrod, *Pro Hac Vice*
830 Third Ave., 5th Floor
New York, NY 10022
Tel.: 646.448.5263
rjaxelrod@axelrodllp.com


YOSHIDA LAW FIRM PLLC

By /s/ D.K. Yoshida
D.K. Yoshida, WSBA #17365
2025 First Avenue, Suite 1200
Seattle, WA 98121
Tel.: 206.456.7900
Fax: 206.456.7901
dyoshida@yoshidalawfirm.com

**Attorneys for Plaintiff**
**Puget Sound Surgical Center P.S.**

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 6
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph: 206-695-5100
Fax: 206-689-2822

1  SEYFARTH SHAW LLP

2  By /s/ Eric McDonough
        Eric McDonough, Pro Hac Vice
3       2029 Century Park East, Suite 3500
        Los Angeles, CA 90067-3021
4       Tel.: 310.201.5200
5       emcdonough@seyfarth.com

6  JENSEN MORSE BAKER

7  By /s/ Sarah E. Swale
        Steven Douglas Jensen, WSBA #26495
8       Sarah E. Swale, WSBA #29626
        216 First Ave S., Suite 204
9       Seattle, WA 98104
10      Tel.: 206.682.1550
        sarah.swale@jmblawyers.com
11      steve.jensen@jmblawyers.com

12     **Attorneys for Defendant**
13     **Sound Health & Wellness Trust Plan**

14  GORDON REES SCULLY MANSUKHANI, LLP

15  By /s/ Sarah Turner
        Sarah Turner, WSBA #37748
16      701 Fifth Avenue, Suite 2100
        Seattle, WA 98104
17      Tel.: 206.695.5100
        sturner@grsm.com
18

19  HUNTON ANDREWS KURTH

20  By /s/ John Shely
        John Shely, Pro Hac Vice
21      Courtney Glaser, Pro Hac Vice
        600 Travis Street, Suite 4200
22      Houston, TX 77002
        Tel.: 713.220.4123
23      jshely@andrewskurth.com
24      cglaser@andrewskurth.com

25     **Attorneys for Defendants**
       **Aetna Life Insurance Company; Aetna, Inc.;**
26     **Bechtel Jacobs Company LLC Health and**
27     **Welfare Plan; Amtrak Health Care Plan;**

28  STIPULATED MOTION AND [PROPOSED] ORDER TO
    CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 7
    Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

Bank of America Health Care Plan;
Nordstrom, Inc. Classic Plan; Starbucks
Health Care Plan; Costco Wholesale Health
Plan

## II. ORDER

The Court hereby finds that good cause exists to grant the requested relief and that an extension of the case schedule is necessary due to the exceptional circumstances of reviewing and processing documents related to the 688 claims at issue. The trial date is hereby extended by six months to September 16, 2019, and the case schedule set forth in the Court's December 12, 2017 Minute Order Setting Trial Dates and Related Dates (Dkt. 57) is amended as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | September 16, 2019 |
| Length of Trial | 5 days |
| Deadline for joining additional parties | January 9, 2018 |
| Deadline for initial disclosures from parties who have not already made such disclosures | September 30, 2018 |
| Deadline for amending pleadings | March 20, 2019 |
| Disclosure of expert testimony under FRC 26(a)(2) | March 20, 2019 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | April 19, 2019 |
| Discovery completed by | April 1, 2019 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | June 18, 2019 |
| Settlement conference held no later than | July 18, 2019 |
| All motions in limine must be filed by | July 29, 2019 |
| All motions in limine shall be filed as one motion. | |
| Agreed pretrial order due | August 19, 2019 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (*see* LCR 32(e)) | August 21, 2019 |

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 8
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:  206-695-5100
Fax: 206-689-2822

| | | |
|---|---|---|
| 1 | Pretrial conference to be held at 2:30 PM on | August 26, 2019 |
| 2 | Trial briefs, proposed voir dire, jury instructions by | September 9, 2019 |
| 3 | Motions in limine raised in trial briefs will not be considered. | |

**IT IS SO ORDERED.**

DATED: 14 August , 2018.

Honorable James L. Robart
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 9
Case No. No. 2:17-cv-01190

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph:   206-695-5100
Fax: 206-689-2822

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will electronically mail notice to:

D.K. Yoshida
YOSHIDA LAW FIRM LLC
2025 First Avenue, Suite 1200
Seattle, WA 98121
*dyoshida@yoshidalawfirm.com*

Robert J. Axelrod
AXELROD LLP
830 Third Avenue, 5th Floor
New York, NY 10022
*rjaxelrod@axelrodllp.com*

Eric McDonough, *Pro Hac Vice*
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
*emcdonough@seyfarth.com*

Steven Douglas Jensen
Sarah E. Swale
216 First Ave S., Suite 204
Seattle, WA 98104
*sarah.swale@jmblawyers.com*
*steve.jensen@jmblawyers.com*

Dated this 7th day of August, 2018, at Seattle, Washington.

*/s/ Karen Hansen*
Karen Hansen, Legal Assistant
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-695-5100 / Fax: 206-689-2822
kahansen@grsm.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 10
Case No. No. 2:17-cv-01190

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph: 206-695-5100
Fax: 206-689-2822