# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUND SURGICAL CENTER P.S.<br><br>                Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, AETNA, INC., AMTRAK HEALTH CARE PLAN, ANCHORAGE SCHOOL DISTRICT ACTIVE EMPLOYEE OPEN CHOICE PPO MEDICAL PLAN, BECHTEL JACOBS COMPANY LLC HEALTH AND WELFARE PLAN, STATE OF ALASKA ALASKACARE EMPLOYEE HEALTH PLAN, BANK OF AMERICA HEALTH CARE PLAN, NORDSTROM, INC. CLASSIC PLAN, STARBUCKS HEALTH CARE PLAN, COSTCO WHOLESALE HEALTH PLAN, SOUND HEALTH AND WELLNESS TRUST PLAN, WESTCO HEALTH PLAN, LOCKHEED MARTIN CORPORATION TOTAL HEALTH PLAN, and ADOBE SYSTEMS, INC. GROUP WELFARE PLAN<br><br>                Defendants. | NO. 2:17-cv-01190-JLR<br><br>STIPULATED MOTION TO DISMISS DEFENDANTS BECHTEL JACOBS COMPANY LLC HEALTH AND WELFARE PLAN AND ADOBE SYSTEMS, INC. GROUP WELFARE PLAN |

## STIPULATION

Plaintiff Puget Sound Surgical Center P.S. ("Plaintiff") and Defendants Aetna Life Insurance Company; Aetna Inc. (collectively, "Aetna"); Amtrak Healthcare Plan; Bechtel Jacobs Company LLC Health and Welfare Plan; Bank of America Health Care Plan; Nordstrom,

-1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115

Inc. Classic Plan; Starbucks Healthcare Plan; Costco Wholesale Health Plan; Lockheed Martin Corporation Total Health Plan; and Adobe Systems, Inc. Group Welfare Plan (collectively referred to herein as "Defendants") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiffs' claims against Defendants Bechtel Jacobs Company LLC Health and Welfare Plan and Defendant Adobe Systems, Inc. Group Welfare Plan are dismissed, with prejudice and without attorneys' fees or costs to any of the parties. Plaintiffs and Defendants stipulate and agree that this dismissal does not affect or in any way impact Plaintiffs' claims against the remaining Defendants.

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED AND DATED this 5th day of May, 2020.

GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Matthew G. Kleiner*
Sarah N. Turner, WSBA # 37748
Matthew G. Kleiner, *Pro Hac Vice*
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Fax: (206) 689-2822
sturner@grsm.com
mkleiner@grsm.com
Attorneys for Defendants

AXELROD LLP

By:   *s/ Robert J. Axelrod*
Robert J. Axelrod (*Pro Hac Vice*)
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: 646.448.5263
rjaxelrod@axelrodllp.com
Attorney for Plaintiff

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115

**ORDER**

IT IS SO ORDERED.

DATED this 7th day of May, 2020.

_____
Honorable Judge James L. Robart

*Presented By and Approved as to Form and Presentation Waived;*

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Matthew G. Kleiner
Sarah N. Turner, WSBA # 37748
Matt G. Kleiner, *Pro Hac Vice*
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Fax: (206) 689-2822
sturner@grsm.com
mkleiner@grsm.com
Attorneys for Defendants

AXELROD LLP

By:  _s/ Robert J. Axelrod_
Robert J. Axelrod (*Pro Hac Vice*)
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: 646.448.5263
rjaxelrod@axelrodllp.com
Attorney for Plaintiff

-3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115