HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND SURGICAL CENTER, P.S.,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, AETNA, INC., AMTRAK HEALTH CARE AND DEPENDENT CARE PLAN, BECHTEL JACOBS COMPANY, LLC HEALTH AND WELFARE PLAN, BANK OF AMERICA GROUP BENEFITS PROGRAM, NORDSTROM, INC. WELFARE BENEFIT PLAN, STARBUCKS CORPORATION WELFARE BENEFIT PLAN, COSTCO EMPLOYEE BENEFITS PROGRAM, SOUND HEALTH AND WELLNESS TRUST PLAN, LOCKHEED MARTIN CORPORATION GROUP BENEFIT PLAN, and ADOBE SYSTEMS, INC. GROUP WELFARE PLAN,<br><br>Defendants. | NO.  2:17-cv-01190-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

//

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 1

**AXELROD LLP**
800 Third Avenue, Suite 2800
New York, NY  10022
(646) 448-5263

# I. STIPULATION

COME NOW the Parties to the above-entitled action, by and through their counsel of record, pursuant to Fed. R. Civ. R. 41(a)(1)(A)(ii), and stipulate that the above referenced action, and all claims made therein, shall be dismissed with prejudice, and without an award of costs or attorneys' fees to any party.

DATED September 1, 2020.

    AXELROD LLP

By:   /s/ *Robert J. Axelrod*
       Robert J. Axelrod, *Pro Hac Vice*
       830 Third Avenue, Suite 2800
       New York, NY  10022
       646-448-5263
       rjaxelrod@axelrodllp.com

YOSHIDA LAW FIRM, PLLC

By:   /s/ *D.K. Yoshida*
       D.K. Yoshida, WSBA #17365
       2025 First Avenue, Suite 1200
       Seattle, WA  98121
       206-456-7900
       dyoshida@yoshidalawfirm.com

**Attorneys for Plaintiff Puget Sound Surgical Center P.S.**

GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Matthew G. Kleiner*
       Matthew G. Kleiner, *Pro Hac Vice*
       101 W. Broadway, Ste. 2000
       San Diego, CA  92101
       619-230-7419
       mkleiner@grsm.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 2

AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY  10022
(646) 448-5263

|   |   |   |
|---|---|---|
|   | */s/ Sarah N. Turner* | |
|   | Sarah N. Turner, WSBA #37748 | |
|   | 701 Fifth Avenue, Suite 2100 | |
|   | Seattle, WA 98104 | |
|   | 206-695-5100 | |
|   | sturner@grsm.com | |

ANDREWS KURTH KENYON

By:   */s/ Courtney Glaser*
      John Shely, *Pro Hac Vice*
      Courtney Glaser, *Pro Hac Vice*
      600 Travis Street, Ste. 4200
      Houston, TX 77002
      713-220-4123
      jshely@andrewskurth.com
      cglaser@andrewskurth.com

**Attorneys for Defendants Aetna Life Insurance Company; Aetna, Inc.; Bank of America Health Care Plan; Amtrak Health Care Plan; America Health Care Plan; Nordstrom, Inc. Classic Plan; Starbucks Health Care Plan; Costco Wholesale Health Plan**

JENSEN MORSE BAKER

By:   */s/ Sarah E. Swale*
      Steven Douglas Jensen, WSBA #26495
      Sarah E. Swale, WSBA #29626
      216 First Ave S., Suite 204
      Seattle, WA 98104
      206-682-1550
      sarah.swale@jmblawyers.com
      steve.jensen@jmblawyers.com

**Attorneys for Defendant Sound Health & Wellness Trust Plan**

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 3

AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
(646) 448-5263

## II. ORDER

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED, AND DECREED that the above referenced action, and all claims made therein, are dismissed with prejudice, and without an award of costs or attorneys' fees to any party.

DATED:  September 2, 2020

_____
JAMES L. ROBART
United States District Judge

*Presented By; Approved as to Form; Notice of Presentation Waived:*

AXELROD LLP

By:   /s/ *Robert J. Axelrod*
      Robert J. Axelrod, *Pro Hac Vice*
      830 Third Avenue, Suite 2800
      New York, NY  10022
      646-448-5263
      rjaxelrod@axelrodllp.com

YOSHIDA LAW FIRM, PLLC

By:   /s/ *D.K. Yoshida*
      D.K. Yoshida, WSBA #17365
      2025 First Avenue, Suite 1200
      Seattle, WA  98121
      206-456-7900
      dyoshida@yoshidalawfirm.com

**Attorneys for Plaintiff Puget Sound**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 4

**AXELROD LLP**
800 Third Avenue, Suite 2800
New York, NY  10022
(646) 448-5263

**Surgical Center P.S.**

GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Matthew G. Kleiner*
      Matthew G. Kleiner, *Pro Hac Vice*
      101 W. Broadway, Ste. 2000
      San Diego, CA 92101
      619-230-7419
      mkleiner@grsm.com

      */s/ Sarah N. Turner*
      Sarah N. Turner, WSBA #37748
      701 Fifth Avenue, Suite 2100
      Seattle, WA 98104
      206-695-5100
      sturner@grsm.com

ANDREWS KURTH KENYON

By:   */s/ Courtney Glaser*
      John Shely, *Pro Hac Vice*
      Courtney Glaser, *Pro Hac Vice*
      600 Travis Street, Ste. 4200
      Houston, TX 77002
      713-220-4123
      jshely@andrewskurth.com
      cglaser@andrewskurth.com

**Attorneys for Defendants Aetna Life Insurance Company; Aetna, Inc.; Bank of America Health Care Plan; Amtrak Health Care Plan; America Health Care Plan; Nordstrom, Inc. Classic Plan; Starbucks Health Care Plan; Costco Wholesale Health Plan**

JENSEN MORSE BAKER

By:    */s/ Sarah E. Swale*
      Steven Douglas Jensen, WSBA #26495
      Sarah E. Swale, WSBA #29626
      216 First Ave S., Suite 204
      Seattle, WA  98104
      206-682-1550
      sarah.swale@jmblawyers.com
      steve.jensen@jmblawyers.com

**Attorneys for Defendant Sound Health & Wellness Trust Plan**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 6

AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY  10022
(646) 448-5263

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties will be served in accordance with the Federal Rules of Civil Procedure.

DATED this 1st day of September, 2020.

By: /s/ *D.K. Yoshida*
D.K. Yoshida, WSBA #17365
2025 First Avenue, Suite 1200
Seattle, WA 98121
206-456-7900
dyoshida@yoshidalawfirm.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [2:17-cv-01190-JLR] - 7

AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
(646) 448-5263